AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN -6 2017

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Antonio HERNANDEZ | ) | Case No. M-17-0993-M |
| YOB: 1997  Citizenship: USC | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
On June 5, 2017, Jose HERNANDEZ was detained attempting to enter the United States through the Pharr Port of Entry with approximately 11.84 kilograms of cocaine in a vehicle he was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

OK to file. TWJ

_____
Complainant's signature

Mark Lewis , U.S., HSI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/6/2017  8:25 am

_____
Judge's signature

City and state:  McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
Printed name and title

## Attachment "A"

On June 5, 2017, a Jeep Liberty driven by Jose HERNANDEZ made entry at the Pharr Port of Entry in Pharr, Texas thru the primary inspection station. HERNANDEZ's vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) R. Iglesias. In secondary inspection, CBPO V. Reyna referred the vehicle for a more intensive inspection with a gamma ray machine where anomalies were discovered in the center console of the vehicle. The assistance of CBPO C. Villarreal and Narcotics Detection Dog (NDD)"Sony" was requested and NDD "Sony" alerted to the center console area of the Jeep Liberty. Further physical inspection of the vehicle revealed a total of 11 packages concealed in the center console area. The 11 packages weighed approximately 11.84 kilograms and field tested positive for properties of cocaine.

Homeland Security Investigations (HSI) Special Agents (SA) were was advised of the situation. SA's responded to the Pharr Port of Entry to interview HERNANDEZ. HSI SA's read HERNANDEZ his Miranda rights as witnessed by and HSI Task Force Officer (TFO). HERNANDEZ waived his rights in writing and elected to speak to the HSI SA's. HERNANDEZ stated his father was involved in the smuggling of illegal narcotics from Mexico to the United States. HERNANDEZ informed agents his father instructed him to drive his Jeep from Reynosa, Mexico to an undetermined location in McAllen, Texas. According to HERNANDEZ stated he knew there were illegal drugs in the vehicle, he just didn't know what type.